```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
GUANGYU ZHAO,                       :
                                    :
                    Plaintiff,      :         ORDER
                                    :
        -against-                   :   08 Civ. 8872 (PAC)(MHD)
                                    :
TIME, INC.,                         :
                                    :
                    Defendant.      :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

*4/24/09*

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **FRIDAY, JULY 24 2009**.

2. The parties are to submit a joint pre-trial order by **MONDAY, AUGUST 24, 2009**, unless a potentially dispositive motion has been served by that date.

**DATED:**  New York, New York
       April 24, 2009

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


A copy of the foregoing Order has been mailed this date to:

Ms. Guangyu Zhao
8933 Greenwood Avenue
San Garbriely, CA 91755


Andrew Bruce Lachow, Esq.
Time Inc. Law Department
1271 Avenue of the Americas
New York , NY 10020