```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
GUANGYU ZHAO,                       :
                                    :
                Plaintiff,          :      ORDER
                                    :
       -against-                    :      08 Civ. 8872 (PAC)(MHD)
                                    :
TIME, INC.,                         :
                                    :
                Defendant.          :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

10/16/09

It is hereby **ORDERED** as follows:

1. Defendant is to serve a Rule 56.2 notice on plaintiff by no later than **FRIDAY, OCTOBER 23, 2009.**

2. Plaintiff is to serve and file her opposition to defendant's motion by no later than **MONDAY, NOVEMBER 16, 2009.**

3. Defendant is to serve and file any reply papers by no later than **MONDAY, NOVEMBER 23, 2009.**

DATED: New York, New York
       October 16, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


A copy of the foregoing Order has been sent this date to:

By mail:

Guangyu Zhao
478 Flaming Ridge Trail
Las Vegas, NV 89147

By fax:

Andrew Bruce Lachow, Esq.
Time Inc. Law Department
Fax: (212) 467-0860